IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ASTRID GABBE,                                  *

              Appellant,            *
                             Case No.  5:24-cv-00233-MTT
v.                                             *

THOMAS T. MCCLENDON,                           *

              Appellee.             *

_____

## **J U D G M E N T**

Pursuant to this Court's Order entered on July 15, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this appeal.


This 16th day of July, 2025.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk